**Rafael ROMERO, Petitioner–Appellant,**

v.

**WARDEN, Respondent–Appellee.**

No. 15–6961.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 11, 2015.

Decided: Jan. 19, 2016.

Rafael Romero, Appellant Pro Se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rafael Romero seeks to appeal the district court's decision to return his motion for miscellaneous relief without docketing it because the motion pertained to the filing fee in a case that was closed in 2013. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012). The decision Romero seeks to appeal is not an appealable judgment or order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*